IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. PALERMO,<br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>Defendant | CIVIL DIVISION<br>No. 2: 06-195 |

ORDER

AND NOW, THIS 14th DAY OF March 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED.

IT IS FURTHER ORDERED THAT DEFENDANT'S MOTION TO DISMISS (DOC. #2) IS DENIED WITHOUT PREJUDICE AS MOOT.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

TYPE OF PLEADING:

MOTION TO AMEND COMPLAINT AND BRIEF

FILED ON BEHALF OF:

Thomas E. Palermo,
Plaintiff

COUNSEL OF RECORD FOR THIS PARTY:

Richard E. Goldinger, Esq.
212 West Diamond Street
Butler, PA 16001
(724) 283-8312
PA I.D. #24955