IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS E. PALERMO,

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

CIVIL DIVISION

No.: 2:06-cv-195-GLL

The Honorable Judge Lancaster
United States District Court Judge

**JURY TRIAL DEMANDED**

**ORDER OF COURT**

AND NOW, to wit, this _____24th_____ day of _____May_____, 2006, pursuant to the Stipulation of the parties, it is hereby ordered that:

1. Plaintiff shall irrevocably remit any and all damages awarded in excess of $75,000.00.

2. This action is hereby remanded to the Court of Common Pleas of Armstrong County for further proceedings.

3. This Stipulation and Order shall be admissible as evidence in the Court of Common Pleas of Armstrong County for the purpose of molding a verdict to comply with the terms set forth in this Stipulation and Order.

_____ J.